UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Terry Angel,

                    Plaintiff, Pro Se                    _____-CV-_____

                                                         Complaint

              v

C.O. Gruka, Sr.

                    Defendant,                    21    CV 285

PLEASE TAKE NOTICE, the undersigned will bring a motion for an order granting relief for excessive force, and compel the defendant to make whole your complainant Pursuant to Title 28 USC § 1983civil rights action; Pursuant to the United States Constitution §§ 8th and 5th Amend., and Tort Law.

The defendant works at Collins Correctional Facility, he is employed as a corrections officer.

1. This claim is properly raised before this court because genral jurisdiction authorizes this court to decide this claim on the merits.

2. The Western District of New York is the proper venue because the subject matter is based in Constitutional Law

3. Your petitioner is asking the court to order the defendant to pay damages in the amount of $ 250,000.00 .

Respecfully submited

Terry Angel Pro Se
Terry Angel
DIN: 18R2392
Date: 2-18-21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

=======================================

Terry Angel,

                    Plaintiff, Pro Se

                                              _____
                                                  -CV-
                                              _____
                                              AFFIDIVIT    IN
                                              SUPPORT    OF
                                              MOTION PURSUANT
                                              TO TITLE 28 USC
                                              § 1983

              v

C.O. Gruka, Sr.

                    Defendant,

=======================================


        I, Terry Angel deposes and says, I am a(n) inmate in-
carcerated at Collins Correctional Facility, P.O. Box 340 Collins,
N.Y. 14034-0340. C.O. Gruka, Sr. whom works at Collins Correctional
Facility as a Corrections Officer.

1. On or about 11-25-20, at or about 3:45pm I was in the process
of moving to another dorm. Sargent Black, not a party to this suit,
came to my cel at approximately 2:45pm to discuss a situation invol-
ing another inmate. He determined, I would be moving to Dorm C.

2. We talked in his office, when I return, to gather my belongings
I learned they were already packed into (2) draft bags, in my absence.
"" was not issued a misbehavior report before staff pack the bags.
I was concerned about leaving the area without checking my bags.

3. I asked C.O. #1, not a party in this action, known to be fair and
understanding, if I could make sure my medication and trimmers were
in the bag(s), he did not reply, so I dumped a bag. I was told to
stop.

4. C.O. Gruka Sr. came into view as I was about to dump the second
bag. he said, "Don't do that, don't do that." I was intent on finding

                              1

my (Med's) as my sugar level was low, due in part to the problem
earlier with inmate Elliott. I am elderly, DOB: 3-23-68 and under
Doctor' care. I suffer with upper respiratory problems.

5. As C.O. Gruka Sr. was yelling at me, I dumped the bag, at that
point (Gruka) swung at, striking me in the face which caused a
laseration close to my right eye.

6. I was then grabbed by my arm and thrown to the floor by (Gruka)
and #3, not a party in this action.

7. while I was pinned to the floor by (2) or more C.O.'s including
 (Gruka), the defendant wrapped his arm around my neck and mercilessly
punched me mutipal times in the face with a closed fist.

8. I was handcuffed and escorted to the infirmary, there I was
treated for the cut inflicked to my face. My face felt swollen and
my head hurt pretty bad. I experienced substantial pain from my
injuries.

9. I was eventually taken to the "BOX" where I spent the next (40)
days for disobeying a direct order. I did not protest the disposition
following a tier hearing because I felt helpless and overcome with
fear and undue influence by the H.O.

    WHEREFORE I  PRAY, for the relief sought in this petition
or such and other remedy the court deems just and proper.


                                        Respectfully Submitted,

SWORN TO BEFORE ME THIS                 *Terry Angel*
_____DAY OF_____,2021              Terry Angel
                                        DIN: 18R2392
                                        Date: 2-18-21


_____

NOTARY PUBLIC

## IN ABSENCE OF NOTARY

IN THE MATTER OF: _Terry Angel ProSe_ V. _C.O. Gruka Sr._

Claim No.: _New Claim_

STATE OF NEW YORK )
                  ) s.s.:
COUNTY OF ERIE    )

I, _Terry Angel_ # _18R2392_, the _declarant_, Pro-Se, in the above stated matter, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746; and People V. Sullivan, 56 N.Y.2d 378; 452 N.Y.S.2d 373 (1982); and N.Y.S. P.L. §§ 210.40 and 210.45 that:

> I understand that false statements made in the foregoing document(s)
> are punishable as a Class A Misdemeanor, pursuant to 28 U.S.C.
> § 1746 of the United States Code Annotated, and N.Y.S. P.L. §§ 210.40
> 210.45. I further declare that the statements made in the foregoing
> documents submitted in the above stated proceeding, are true and
> correct to the best of my knowledge, upon information and belief, and
> that I believe them to be true and correct under penalty of perjury.

Dated: _FEBRUARY_____, 2021
       Collins, New York

_Terry Angel ProSe_
Signature of Declarant

_Terry Angel_    # _18R2392_
Collins Corr. Facility
P.O. Box 340
Collins, NY 14034-0340

Terry Angel Din:18R2392
Collins correctional Facility
P.O. Box 340
Collins, N.Y. 14034-0340

FEB 22 2021
USDC WDNY
BUFFALO

No Funds
We're Enclosed

United States Dist. Ct. Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, N.Y. 14202-3498

Legal Mail

1.80

Legal Mail
US POSTAGE

JS 44 (Rev. 08/18)

**CIVIL COVER SHEET**  21  CV  285

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Terry Angel Prose

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff  Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Erie
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se DIN: 18R2392

Attorneys *(If Known)*  Unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
  Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
  Defendant
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  U.S. Const 8th Amend

Brief description of cause:  I was Punched in the face mutiple times by Corr. Ofc.

**VII. REQUESTED IN COMPLAINT:**
- ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  250,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**  *(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD  Terry Angel Prose DIN: 18R2392

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____